AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Betty Bobo

**SUMMONS IN A CIVIL CASE**

V.

Government of the District of Columbia

Case: 1:07-cv-01779
Assigned To : Bates, John D.
Assign. Date : 10/03/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

Government of the District of Columbia
*SERVE:* Linda Singer
Attorney General
1350 Pennsylvania Avenue, NW
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel A. Cantor
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        OCT -3 2007
CLERK                                           DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Betty Bobo

vs.

Government of the District of Columbia

No. 1:07-CV-01779 JDB

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending In This Or Any Other United States Court, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:45 pm on October 11, 2007, I served Government of the District of Columbia c/o Attorney General at 441 4th Street, NW, Suite 600, Washington, DC 20001 by serving Darlene Fields, Administrative Assistant, authorized to accept. Described herein:

    SEX-     FEMALE
    AGE-     52
    HEIGHT-  5'7"
    HAIR-    BLACK
    WEIGHT-  170
    RACE-    BLACK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10-12-07
                Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195659