UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BETTY BOBO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1779 (JDB) |

## SCHEDULING ORDER

Pursuant to the conference with the Court on November 26, 2007, and the Joint Rule 16.3 Report, it is hereby **ORDERED** as follows:

1. All additional parties shall be joined and all amendments to pleadings completed by not later than February 26, 2008.

2. Discovery shall be completed by March 26, 2008. The parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

3. Expert discovery shall be completed by the close of discovery as follows:

    (a) Initial experts shall be identified and expert reports disclosed as described by Fed. R. Civ. P. 26(a)(2)(B) by not later than January 28, 2008.

    (b) Rebuttal experts, as described by Fed. R. Civ. P. 26(a)(2)(C), shall be identified and rebuttal reports disclosed by not later than February 26, 2008.

    (c)    Depositions of all experts shall be completed by the close of discovery.

4.    Motions for summary judgment shall be filed by not later than April 28, 2008. Responses shall be filed by not later than May 28, 2008, and replies, if any, shall be filed by not later than June 12, 2008.

5.    A status conference shall be held on March 26, 2008, at 9:00 am.

/s/<br>
John D. Bates<br>
United States District Judge

Dated: <u>November 26, 2007</u>